IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Grayson, Felipe

Printed: 10/29/08

Case Number: 08 B 03213
Judge: Hollis, Pamela S
Filed: 2/13/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: September 8, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 350.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 326.90 |
| Trustee Fee: |  | 23.10 |
| Other Funds: |  | 0.00 |
| Totals: | 350.00 | 350.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,464.00 | 326.90 |
| 2. | Capital One | Unsecured | 94.02 | 0.00 |
| 3. | Unisa Inc | Unsecured | 307.76 | 0.00 |
| 4. | Consumer Finance Corporation | Unsecured | 847.48 | 0.00 |
| 5. | 77th St Depot Federal Credit Union | Unsecured | 589.43 | 0.00 |
| 6. | RJM Acquisitions LLC | Unsecured | 14.70 | 0.00 |
| 7. | Credit Acceptance Corp | Unsecured | 317.53 | 0.00 |
| 8. | Triad Financial Services | Unsecured | 730.82 | 0.00 |
| 9. | Illinois Dept of Revenue | Unsecured | 10.16 | 0.00 |
| 10. | City Of Chicago Dept Of Revenue | Unsecured | 424.94 | 0.00 |
| 11. | Educational Credit Management Corp | Unsecured | 4,649.38 | 0.00 |
| 12. | Alabama Dept Of Human Resources | Priority | | No Claim Filed |
| 13. | Alabama Dept Of Human Resources | Priority | | No Claim Filed |
| 14. | Alabama Dept Of Human Resources | Unsecured | | No Claim Filed |
| 15. | Alabama Dept Of Human Resources | Unsecured | | No Claim Filed |
| 16. | Bureau Of Collection Recovery | Unsecured | | No Claim Filed |
| 17. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 18. | Keynote Consuling | Unsecured | | No Claim Filed |
| | | | $ 10,450.22 | $ 326.90 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 23.10 |
| | $ 23.10 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Grayson, Felipe

Printed: 10/29/08

Case Number:  08 B 03213
Judge:  Hollis, Pamela S
Filed:  2/13/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

